IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>       Plaintiff,<br><br>  v.<br><br>BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, et al.<br><br>       Defendants.                                 / | No. C 05-00563 SBA<br><br>**ORDER** |

      This matter comes before the Court on the unopposed Motion for Intradistrict Transfer of Action and Proceedings of Defendant Board of Trustees of the Leland Stanford Junior University ("Defendants").

      Having read and considered the arguments presented by the parties in the papers submitted to the Court, the Court finds this matter appropriate for resolution without a hearing.

      For good cause appearing,

      IT IS HEREBY ORDERED THAT Defendant's Motion is GRANTED pursuant to Civil Local Rule 3-2(f) on the grounds that this action was not assigned to the proper division within the Northern District of California in accordance with Civil Local Rule 3-2, and due to the fact that the convenience of the parties and witnesses will be served by transferring this action to the San Jose Division.

///

///

///

///

1    IT IS FURTHER ORDERED THAT this action shall be TRANSFERRED to the San Jose
2 Division.
3    IT IS SO ORDERED.
4 Dated: 5-16-05                              /s/ Saundra Brown Armstrong
                                              SAUNDRA BROWN ARMSTRONG
5                                             United States District Judge

**United States District Court**
For the Northern District of California