**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Continental Casualty Company et al.,<br><br>        Plaintiff(s),<br>  v.<br><br>Board of Trustees of the Leland Stanford Junior Un et al.,<br><br>        Defendant(s). | NO. C 05-00563 JW<br><br>**ORDER TO SHOW CAUSE**<br>**RE: SETTLEMENT** |

On August 24, 2005, Plaintiff informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates the case management conference scheduled for September 26, 2005. On or before November 14, 2005, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on November 28, 2005 at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before November 14, 2005, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: August 26, 2005                                      /s/James Ware
                                                            JAMES WARE
                                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gary J. Valeriano gjv@amclaw.com
Jason A Catz jason.catz@pillsburylaw.com
Mark Joseph Krone mk@amclaw.com
Nicole M. Townsend nicole.townsend@pillsburylaw.com
Sarah G. Flanagan sarah.flanagan@pillsburylaw.com

**Dated:   August 26, 2005**               **Richard W. Wieking, Clerk**

                                           **By:_/s/JW Chambers_____**
                                               **Ronald L. Davis**
                                               **Courtroom Deputy**